2 A.3d 468

COMMONWEALTH of Pennsylvania, Petitioner

v.

Carrie M. RESTUCCIA, Respondent.

Supreme Court of Pennsylvania.

July 23, 2010.

512

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of July 2010, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **REVERSED.** *See Commonwealth v. Brown,* 996 A.2d 473 (2010), and this matter is **REMANDED** to the Superior Court for **REINSTATEMENT** of Respondent's Judgment of Sentence.